# EXHIBIT A

Abdalla, Amal
Adebayo, Oladimei
Adeyeye, Donald
Agwunobi, Felicitas
Agypon, Georgina
Akinbode, Joseph
Ali, Azina
Almeida, Maria
Alston, Jeanne
Anderson, Phylicia
Ardente, Deborah
Auma, Tom
Badessa, Deborah
Badessa, Jonna
Barbato, Elaine
Barchue, Patricia
Barro, Anta
Beaudet, Michele
Bishop, Ella
Bonheur, Gertrude
Brimpong, Judith
Broughton, Pearl
Brown, Sherry
Brown-Soares, Carolyn
Chance, Davan
Choquette, Jennifer
Christian, Alison
Clancy, Juliette
Clarke, Adela
Colekraty, Joyce
Colekraty, Louise
Comissiong, Janice
Cooper, Tenneh
Costa, Mary
Coutinho, Jennifer
David, Maima
David, Rebecca
Davies, Theresa
Delaney, Felicia
Depina, Irene
Diakabana, Phoba
Diaz, Monsettate
Duarte, Taylor
Duquette, Sandra

Duva, Priscilla
Edouard, Kiren
Edwards, Gloriana
Estremera, Denise
Fagan, Rosann
Fakiyesi, Ronke
Fiore, Richard
Flynn, Linette
Freiter, Cynthia
Gallimore, Kerry-Ann
Garrett, Jennifer
Gbatu, William
Germosen, Alexandra
Giddings, Nora
Gidley, Daryl
Gilchrist, Willie Mae
Gladding, Courtney
Godfrey, Nancy
Gonsalez, Victor
Gonsalves, Elizabeth
Goulart, Lisa
Guerrero, Desiree
Guisse, Atmane
Harris, Lynez
Hilliard, Nadege
Hopper, Monica
Huntley, Tracy
Jackson, Melissa
Jacobs, Audrey
James, Carol
Johnson, Cynthia
Johnson, Omotola
Jones, Demetria
Julian, Lisa
Junius, Albertine
Kamara, Mahawa
Kanneh, Edward
Karngar, Gibson
Keegan, Dennis
Kollie, Izetta
Koutsogiane, Marie
Lloyd, Lenora
Lomba, Patricia
MacBain, Jennifer
Malouin, Donna
McKarr, Jerolyn

McMahon, Linda
Medeiros, Tina
Morrison, Melinda
Mundy, Kathleen
Ndimbalan, Yama
Nelson, Grace
Nicynski, Michale
Ocran, Josephine
Odufunade, Funke
Odukwe, Sylvalyn
Odumosu, Olakunle
Olatawura, Pearl
Olatunji, Musiliu
Oliver, Elizabeth
Onwuasoanya, Ogbo
Oranwa, Henry
Orelaja, Sola
Partridge, Richard
Peckham, Janice
Pena, Rosa
Pichette, Linda
Pizzaro, Gladys
Pombo, Mauria
Pono, Kim
Porcelli, Mary
Ramirez, Carmen
Rego, Karen
Rhilinger, Helen
Rhodes, Tony
Richotte, Cheryl
Richotte, Paula
Richotte, Tracy
Roderick, Melissa
Rodriguez, Joselinn
Sanchez, Arleney
Santos, Elizabeth
Santos, Teondra
Scott, Christian
Sepulveda, John
Smith, Andrea
Smith, Jaclene
Smith, Maria
Smith, Regina
Spike, Lavern
Sultzer, Patricia
Taboada, Rosa

Tenebe, Nelson
Thompson, Desiree
Thorpe, Martha
Torres, Jose
Veader, Kathleen
Waycott, Carol
West, Joanna
Winston, Brenda
Womba, Felme
Yates, Joseph
Zinnah, James