UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor | : | |
| United States Department of Labor | : | |
| | : | |
| v. | : | C.A. No. 07 004ML |
| | : | |
| BERKSHIRE PLACE, LTD. | : | |

ANSWER OF BERKSHIRE PLACE, LTD.

In answer to the Complaint of Elaine L. Chao, Secretary of Labor, United States Department of Labor, Defendant, Berkshire Place, Ltd. ("Berkshire"), states as follows:

FIRST DEFENSE

The Plaintiff's introductory statement requires no answer because it merely describes Plaintiff's action. To the extent that this Court deems an answer required, Defendant denies violating any provisions of the Fair Labor Standards Act of 1938 (the "Act"). The Plaintiff has no basis to obtain injunctive relief or damages of any nature.

I.

Berkshire admits that this Court has jurisdiction.

II.

Berkshire admits that it is a limited liability corporation with an office and a place of business at 455 Douglas Avenue, Providence, RI 02908 and that it operates a skilled nursing center.

III.

Berkshire admits that it is an enterprise within the meaning of Section 3(r) of the Act.

IV.

Berkshire admits that its employees have been employed in an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s).

V.

Berkshire denies the allegations in Paragraph V of the Complaint.

VI.

Berkshire denies the allegations in Paragraph VI of the Complaint.

VII.

Berkshire denies the allegations in Paragraph VII of the Complaint.

VIII.

Berkshire denies the allegations in Paragraph VIII of the Complaint.

## SECOND DEFENSE

The doctrine of unclean hands bars the requested injunction relief.

## THIRD DEFENSE

Berkshire avers that it has not and is not now violating any provision of the Act and that Plaintiff's action has no merit.

## FOURTH DEFENSE

Plaintiff's claim may cover employees who are exempt under §13 or other provisions of the Act. Plaintiff's claim fails to state a claim upon which relief can be granted and is otherwise barred as to those employees.

WHEREFORE, Defendant, Berkshire Place, Ltd., respectfully requests that this Court dismiss Plaintiff's claims and award Defendant its costs.

BERKSHIRE PLACE, LTD.

By its attorneys,

/s/ Andrew B. Prescott

Andrew B. Prescott (#3758)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)

Dated: March 9, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Answer of Berkshire Place, Ltd. was sent by regular mail, postage prepaid this 9th day of March, 2007 to:

Jim Glickman, Esq.
Senior Trial Attorney
United States Department of Labor
Office of the Solicitor
JFK Federal Building – Room E-375
Boston, MA 02203

/s/ Andrew B. Prescott