CERTIFICATE OF SERVICE

I hereby do certify that I served the foregoing PLAINTIFF'S PRE-TRIAL CONFERENCE STATEMENT on the 10th day of April, 2007, on Andrew B. Prescott, Esquire by electronic mail to the following addresses: aprescott@nixonpeabody.com, ProEfile@nixonpeabody.com and lotzel@nixonpeabody.com.

*/s/ James Glickman*