UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor | : | |
| United States Department of Labor | : | |
| | : | |
| v. | : | C.A. No. 07 004ML |
| | : | |
| BERKSHIRE PLACE, LTD. | : | |

## NOTICE OF DEPOSITION

**DATE:** **Tuesday, May 15, 2007**

**TIME:** **10:00 A.M.**

**PLACE:** **NIXON PEABODY LLP**
**One Citizens Plaza, 5th Floor**
**Providence, RI 02903**

**DEPONENT:** **Cheryl Barnes, Investigator**
**U.S. Department of Labor, Wage & Hour Division**

**PLEASE TAKE NOTICE** that Defendant Berkshire Place, Ltd. will take testimony on oral examination of the above-named Deponent at the time set forth above before a Notary Public of the State of Rhode Island and thereafter from day-to-day as the taking of the deposition may be adjourned at the office of Nixon Peabody LLP, One Citizens Plaza, 5th Floor, Providence, Rhode Island, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

BERKSHIRE PLACE, LTD.

By its attorneys,

/s/ Andrew B. Prescott

Andrew B. Prescott (#3758)
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Notice of Deposition was sent by regular mail, postage prepaid this 16th day of April, 2007 to:

Jim Glickman, Esq.
Senior Trial Attorney
United States Department of Labor
Office of the Solicitor
JFK Federal Building – Room E-375
Boston, MA 02203

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920

/s/ Andrew B. Prescott