UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor | : | |
| United States Department of Labor | : | |
| | : | |
| v. | : | C.A. No. 07 004ML |
| | : | |
| BERKSHIRE PLACE, LTD. | : | |

ENTRY OF APPEARANCE

Please enter my appearance for the Defendant, Berkshire Place, Ltd., in the above entitled matter.

BERKSHIRE PLACE, LTD.

By its attorneys,

/s/ Steven M. Richard
Steven Richard (#4403)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)

Dated: March 17, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Entry of Appearance was sent by regular mail, postage prepaid this 17th day of March, 2007 to:

Jim Glickman, Esq.
Senior Trial Attorney
United States Department of Labor
Office of the Solicitor
JFK Federal Building – Room E-375
Boston, MA 02203

/s/ Steven M. Richard