UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor<br>United States Department of Labor,<br><br>Plaintiff,<br>v.<br><br>BERKSHIRE PLACE, LTD.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br><br>: | C.A. No. 07 004ML |

## JOINT MOTION TO EXTEND PRE-TRIAL DEADLINES

Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor ("Plaintiff") and Defendant Berkshire Place, Ltd. ("Defendant," collectively, "the Parties"), by agreement, hereby jointly move to extend all deadlines set forth in this Court's Pre-Trial Order, entered on April 17, 2007. As grounds for this motion, the Parties submit that they are working on a settlement agreement. The process required under the circumstances to finalize a settlement will take some additional time. In the interim, the parties believe that it is unnecessary and a poor use of their resources to continue discovery and trial preparation.

The Parties therefore seek to extend all the deadlines set forth in this Court's April 17 Pre-Trial Order by approximately two (2) months, making the new deadlines as follows:

1. Discovery will be closed by December 17, 2007;
2. Plaintiff shall make its expert witness disclosures as required by Fed .R. Civ. P. 26(a)(2) by October 1, 2007;
3. Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by November 5, 2007;
4. Dispositive motions shall be filed by December 31, 2007; and

5. Counsel shall file electronically, 30 days after a decision on any dispositive motion, or, if no dispositive motions are filed, by January 21, 2007 a pre-trial memorandum which shall contain the information required by this Court's Order dated April 17, 2007.

For the foregoing reasons, the Parties respectfully request that the Court extend the Pre-Trial Order deadlines as set forth above.

Respectfully submitted,

PLAINTIFF ELAINE L. CHAO,
SECRETARY OF LABOR, UNITED
STATES DEPARTMENT OF LABOR

By her attorney,

/s/ James Glickman_________________
James Glickman
U.S. Department of Labor
Office of Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203
(617) 565-2500
(617) 565-2142
Glickman.james@dol.gov

DEFENDANT BERKSHIRE PLACE, LTD.

By its attorney,

/s/ Andrew B. Prescott_____________
Andrew B. Prescott (#3758)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
aprescott@nixonpeabody.com

Dated: September 10, 2007

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Motion to Extend Pre-Trial Deadlines was sent via electronic mail and first class mail on this 10th day of September 2007 to the following attorneys of record:

James Glickman, Esq.
Senior Trial Attorney
U.S. Department of Labor
Office of Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203

/s/ Andrew B. Prescott_________