UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.

BERKSHIRE PLACE, LTD.,

Defendant.

CIVIL ACTION

FILE NO. 07-004ML

RECEIVED
DEC 19 2007
Property of U.S. District Court
District of Rhode Island

CONSENT JUDGMENT

Plaintiff having filed a complaint and the defendant having appeared, received a copy thereof, waived service of process and, without admitting liability, and to avoid further litigation, agreed to the entry of this judgment without contest.

It is, therefore, ORDERED, ADJUDGED and DECREED that defendant, its agents, servants, employees, and all persons acting or claiming to act in their behalf and interest be, and they hereby are, enjoined and restrained from violating the provisions of the Fair Labor Standards Act, as amended (29 USC 201 et seq.), hereinafter referred to as the Act, in the following manner:

Defendant shall not, contrary to sections 7 and 15(a)(2) of the Act, employ any employees who in any workweek are engaged in commerce or in the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than forty hours,

unless such employee receives compensation for his employment in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he is employed.

Defendant shall not fail to make, keep, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained by them as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act and found in 29 C.F.R.516.

Further, the Court finding as agreed to by the defendant that certain employees are due compensation in the amount of $140,295.95 as shown on attached "Exhibit A" which is incorporated in and made a part hereof, it is

ORDERED, ADJUDGED and DECREED that the defendant is restrained from withholding payment of said compensation.

The back wage provisions of this judgment pertain only to back wages which are owed for the period ending December 31, 2006. Accordingly, the back wage provisions of this judgment shall have no effect upon any back wages which may have accrued since that date.

The back wage provisions of this judgment shall be deemed satisfied when on or before December 31, 2007 the defendant delivers to the persons listed in "Exhibit A", attached hereto, the respective sums set opposite their names, less deductions for each employee's share of social security and withholding taxes.

The defendant shall further provide plaintiff, on or before December 31, 2007, with a copy of the payroll or a copy of the checks used to disburse the back wages and a statement attesting to the fact that such payment has been made.

Any back wage checks which cannot be distributed to the employees named in "Exhibit A", or to their estates if that be necessary because of inability of the parties to locate the proper persons, or because of such person's refusal to accept such sums, shall be redrafted in the total <u>net</u> amount due to all such unlocatable employees and made payable to "Wage and Hour

Division - Labor". Such checks shall then be forwarded immediately to plaintiff along with a list of unlocatable employees, their social security numbers, last known addresses, gross amounts due and net amounts due. When recovered wages have not been claimed by the employee within three years, the Secretary of Labor shall deposit them into the United States Treasury as miscellaneous receipts, pursuant to 29 U.S.C. 216(c).

Defendant shall not, under any circumstances, accept and keep any amount returned to it by a person owed compensation under this judgment. Any such amount shall be immediately paid to the plaintiff as above.

It is further ORDERED, ADJUDGED and DECREED that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

Dated December 19, 2007.

Mary M. Lisi
Hon. Mary M. Lisi
United States District Judge

Defendant hereby consents to
the entry of this judgment.

By Andrew B. Prescott
Berkshire Place, Ltd.

Plaintiff moves for entry of
this judgment:

Jonathan Snare
Acting Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

James Glickman
James Glickman
Senior Trial Attorney

U.S. Department of Labor
Attorneys for Plaintiff

**EXHIBIT A**

| EMPLOYEE NAME | TOTAL BACK WAGES DUE |
|---|---|
| 1. Amal Abdallah | $ 60.95 |
| 2. Oladimei Adebayo | 66.45 |
| 3. Donald Adeyeye | 3926.39 |
| 4. Felicitas Agwunobi | 1960.02 |
| 5. Georgina Agypon | 389.27 |
| 6. Joseph Akinbode | 1338.83 |
| 7. Azina Ali | 4369.36 |
| 8. Maria Almeida | 2247.42 |
| 9. Jeanne Alston | 719.26 |
| 10. Phylicia Anderson | 800.96 |
| 11. Deborah Ardente | 719.26 |
| 12. Tom Auma | 196.55 |
| 13. Deborah Badessa | 6597.20 |
| 14. Jonna Badessa | 4715.72 |
| 15. Elaine Barbato | 55.20 |
| 16. Patricia Barchue | 224.59 |
| 17. Anta Barro | 190.89 |
| 18. Michele Beaudet | 39.91 |
| 19. Ella Bishop | 123.81 |
| 20. Gertrude Bonheur | 133.10 |
| 21. Judith Brimpong | 983.22 |
| 22. Pearl Broughton | 956.10 |
| 23. Sherry Brown | 818.50 |
| 24. Carolyn Brown-Soares | 220.22 |
| 25. Davan Chance | 379.15 |
| 26. Jennifer Choquette | 27.08 |
| 27. Alison Christian | 236.63 |
| 28. Juliette Clancy | 1878.32 |
| 29. Adela Clarke | 27.08 |
| 30. Joyce Colekraty | 21.67 |
| 31. Louise Colekraty | 423.73 |
| 32. Janice Comissiong | 27.08 |
| 33. Tenneh Cooper | 96.22 |
| 34. Mary Costa | 1967.87 |
| 35. Jennifer Coutinho | 119.48 |
| 36. Maima David | 99.50 |
| 37. Rebecca David | 853.99 |
| 38. Theresa Davies | 108.69 |
| 39. Felicia Delaney | 250.71 |
| 40. Irene Depina | 181.60 |
| 41. Phoba Diakabana | 109.06 |

| EMPLOYEE NAME | TOTAL BACK WAGES DUE |
|---|---|
| 42. Monserrate Diaz | $ 334.28 |
| 43. Taylor Duarte | 888.98 |
| 44. Sandra Duquette | 107.27 |
| 45. Priscilla Duva | 661.27 |
| 46. Kiren Edouard | 110.75 |
| 47. Gloriana Edwards | 27.08 |
| 48. Denise Estremera | 27.08 |
| 49. Rosann Fagan | 719.26 |
| 50. Ronke Fakiyesi | 96.99 |
| 51. Richard Fiore | 149.27 |
| 52. Linette Flynn | 5493.16 |
| 53. Cynthia Freiter | 60.95 |
| 54. Kerry-Ann Gallimore | 76.70 |
| 55. Jennifer Garrett | 27.08 |
| 56. William Gbatu | 107.27 |
| 57. Alexandra Germosen | 27.08 |
| 58. Nora Giddings | 296.57 |
| 59. Daryl Gidley | 2195.55 |
| 60. Willie Mae Gilchrist | 1867.91 |
| 61. Courtney Glading | 107.27 |
| 62. Nancy Godfrey | 780.21 |
| 63. Victor Gonsalez | 60.95 |
| 64. Elizabeth Gonsalves | 24.82 |
| 65. Lisa Goulart | 87.03 |
| 66. Desiree Guerrero | 41.63 |
| 67. Atmane Guisse | 1275.37 |
| 68. Lynez Harris | 690.22 |
| 69. Nadege Hilliard | 525.02 |
| 70. Monica Hopper | 102.15 |
| 71. Tracy Huntley | 61.91 |
| 72. Melissa Jackson | 55.04 |
| 73. Audrey Jacobs | 77.74 |
| 74. Carol James | 193.64 |
| 75. Cynthia Johnson | 3269.72 |
| 76. Omotola Johnson | 321.82 |
| 77. Demetria Jones | 60.95 |
| 78. Lisa Julian | 1799.92 |
| 79. Albertine Junius | 247.63 |
| 80. Mahawa Kamara | 319.42 |
| 81. Edward Kanneh | 181.76 |
| 82. Gibson Karngar | 27.08 |
| 83. Dennis Keegan | 92.88 |
| 84. Izetta Kollie | 75.19 |
| 85. Marie Koutsogiane | 4726.72 |

| EMPLOYEE NAME | TOTAL BACK WAGES DUE |
|---|---|
| 86. Lenora Lloyd | $ 27.08 |
| 87. Patricia Lomba | 5599.20 |
| 88. Jennifer MacBain | 3917.59 |
| 89. Donna Malouin | 114.89 |
| 90. Jerolyn McKarr | 112.06 |
| 91. Linda McMahon | 65.20 |
| 92. Tina Medeiros | 5139.45 |
| 93. Melinda Morrison | 27.08 |
| 94. Kathleen Mundy | 3658.98 |
| 95. Yama Ndimbalan | 133.10 |
| 96. Grace Nelson | 2006.52 |
| 97. Michael Nicynski | 2945.80 |
| 98. Josephine Ocran | 282.04 |
| 99. Funke Odufunade | 1795.89 |
| 100. Sylvalyn Odukwe | 1882.38 |
| 101. Olakunle Odumosu | 673.61 |
| 102. Pearl Olatawura | 266.21 |
| 103. Musiliu Olatunji | 53.66 |
| 104. Elizabeth Oliver | 2504.22 |
| 105. Ogbo Onwuasoanya | 531.91 |
| 106. Henry Oranwa | 110.40 |
| 107. Sola Orelaja | 21.67 |
| 108. Richard Partridge | 244.66 |
| 109. Janice Peckham | 21.32 |
| 110. Rosa Pena | 27.08 |
| 111. Linda Pichette | 3943.53 |
| 112. Gladys Pizzaro | 419.10 |
| 113. Mauria Pombo | 27.08 |
| 114. Mary Porcelli | 10,650.19 |
| 115. Carmen Ramirez | 194.05 |
| 116. Karen Rego | 185.51 |
| 117. Helen Rhilinger | 6305.05 |
| 118. Tony Rhodes | 952.89 |
| 119. Cheryl Richotte | 211.18 |
| 120. Paula Richotte | 780.21 |
| 121. Tracy Richotte | 570.03 |
| 122. Melissa Roderick | 154.77 |
| 123. Joselinn Rodriguez | 48.50 |
| 124. Arleney Sanchez | 947.26 |
| 125. Elizabeth Santos | 60.95 |
| 126. Teondra Santos | 128.98 |
| 127. Christian Scott | 27.08 |
| 128. John Sepulveda | 1823.99 |
| 129. Andrea Smith | 27.08 |

| **EMPLOYEE NAME** | **TOTAL BACK WAGES DUE** |
|---|---|
| 130. Jaclene Smith | $ 172.31 |
| 131. Maria Smith | 165.72 |
| 132. Regina Smith | 3030.37 |
| 133. Lavern Spike | 606.46 |
| 134. Patricia Sultzer | 3868.34 |
| 135. Rosa Taboada | 27.08 |
| 136. Nelson Tenebe | 3971.24 |
| 137. Desiree Thompson | 89.28 |
| 138. Martha Thorpe | 276.59 |
| 139. Jose Torres | 141.14 |
| 140. Kathleen Veader | 73.99 |
| 141. Carol Waycott | 327.86 |
| 142. Joanna West | 27.08 |
| 143. Brenda Winston | 42.50 |
| 144. Felme Womba | 27.08 |
| 145. Joseph Yates | 60.41 |
| 146. James Zinnah | 627.44 |
| **Total Due** | **$140,295.95** |

CERTIFICATE OF SERVICE

I hereby do certify that I served the foregoing CONSENT JUDGMENT on the 18th day of December, 2007, by placing one (1) copy of same in a postage-paid envelope addressed to:

Andrew B. Prescott, Esquire
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903-1345

the last known address and depositing same in the United States Mail at Boston, Massachusetts.

Teresa Shipley